IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     CASE NO. 1:08-cv-00087-MP-AK

$1,625 IN US CURRENCY,

    Defendant.
_____/

## **DECREE OF FORFEITURE**

This matter is before the Court on Doc. 9, Motion for Forfeiture of Property, filed by the United States of America. On April 28, 2008, a Verified Complaint of Forfeiture In Rem against the defendant property, $1,625 in U.S. Currency, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. §881 (a)(6).

It appears that process was fully issued in this action according to law:

That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning June 10, 2008, pursuant to Rule G (4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

That the government provided notice of this forfeiture action to all known interested parties, except John Roger Sager, who is currently a fugitive.

That no person or entity has filed a claim.

NOW THEREFORE, on Motion of the Plaintiff, United States of America, for a Decree

of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

The Motion for Forfeiture of Property (Doc. 9) is GRANTED.  Defendant property, $1,625 in U.S. Currency, shall be forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this   *17th* day of April, 2009

    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge